UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 01083
  DIANE F BARRIENTOS
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-5916


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 01/22/07 and confirmed on 04/20/07.

     2.   The case was dismissed after confirmation, 07/27/2007.

     3.   The Debtor paid a total of $   3538.36 .

     4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1357.54 | 27.01 | 259.47 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 537.54 | 10.76 | 102.74 |
| NICOR GAS | UNSECURED | 435.75 | 5.93 | 83.28 |
| ROUNDUP FUNDING LLC | UNSECURED | 301.74 | 6.04 | 57.67 |
| GROCHOCINSKI & GROCHOCIN | CO-COUNSEL | .00 | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 2632.57 | .00 | 2632.57 |
| PRINCIPAL PAID | .00 | .00 | 503.16 | .00 | 503.16 |
| INTEREST PAID | .00 | .00 | 49.74 | .00 | 49.74 |
| TOTAL PAID | .00 | .00 | 552.90 | .00 | 552.90 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $    491.00  direct and $   2509.00  through the plan.

The Trustee received $      81.74 .

Refunds to the Debtor totaled $    394.72 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 03/12/08                    /S/
                                 GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 01083 DIANE F BARRIENTOS